

James R. Austin, Des Moines, Iowa, on brief for appellant.

Birg E. Sergent, Asst. U. S. Atty., on brief for appellee.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

Robert Glenn Jones pleaded guilty to a charge of stealing two suitcases that had arrived at Woodrum Airport, in Roanoke, Virginia, after a flight from Denver, Colorado, on airplane belonging to a common carrier. He was convicted of violating 18 U.S.C.A. § 659 on his plea of guilty.

On this appeal he contends that the two suitcases did not constitute a part of an interstate shipment within the meaning of 18 U.S.C.A. § 659, because they had reached their final destination and had been delivered by the common carrier to airport employees. We reject

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

this contention. While the baggage had arrived in the state of destination it had not been delivered to its owner so that the interstate shipment was not yet complete. *Cf.,* United States v. Maddox, 394 F.2d 297 (4 Cir. 1968). Therefore, Jones' unlawful taking of the suitcases constituted a clear violation of 18 U.S. C.A. § 659.

Deeming oral argument unnecessary, we grant the government's motion for summary affirmance, and affirm the judgment of the district court.

Affirmed.

**UNITED STATES of America,
Plaintiff-Appellee,**

**v.**

**James David WILLIAMS, Defendant-
Appellant.**

**No. 31132**

**Summary Calendar.**\*

United States Court of Appeals,
Fifth Circuit.

Aug. 12, 1971.

Theodore E. Smith, Atlanta, Ga., court appointed, for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Asst. U. S. Atty, Atlanta, Ga., for plaintiff-appellee.

York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

See Carter v. United States, 10 Cir., 1964, 333 F.2d 354; Schmerber v. State of California, 384 U.S. 757, 86 S.Ct. 1826, 16 L.Ed.2d 908 (1966).

**Lawrence J. ROUSSELLE, Jr., Plaintiff-Appellant,**

**v.**

**Leander H. PEREZ, Jr., et al., Defendants-Appellees.**

**No. 71–1075**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

July 7, 1971.

Benjamin E. Smith, Smith & Scheuermann, New Orleans, La., for plaintiff-appellant.

Preston H. Hufft, Chalmette, La., on brief for defendants-appellees.

ORDER DISMISSING APPEAL

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

It being plainly obvious that this Court is without jurisdiction of this appeal, we, *sua sponte*, order the same dismissed.

Dismissed.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**Frank Leonard Clayman COOK, Appellant.**

**No. 26788.**

United States Court of Appeals, Ninth Circuit.

July 15, 1971.

Philip Deiton, Beverly Hills, Cal., for appellant.

William R. Hawes (appeared), Los Angeles, Cal., Arnold G. Regardie, George G. Rayborn, Asst. U. S. Attys., David R. Nissen, Chief, Criminal Division, Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS, TRASK and CHOY, Circuit Judges.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.